AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

Lisa Caldwell
*Plaintiff*
v.
UMC Health Network, Inc.
*Defendant*

Civil Action No. 5:21-cv-00092-H

## Summons in a Civil Action

**TO:** UMC Health Network, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Charles Scalise
1104 San Antonio Street
Austin , TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

DATE: 04/26/2021

Civil Action No. 5:21-cv-00092-H

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (*name of individual and title, if any*) ______________________________ was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other (*specify*) ______________________________

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ ______________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc: